# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2926
_____

WEST FL CONSTRUCTION, LLC,

Petitioner,

v.

JJKK, LLC, and GBOF1, LLC,

Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

November 20, 2025

PER CURIAM.

The Court denies the petition for writ of certiorari filed November 13, 2024.

KELSEY, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Sasha L. Eastburn of Eastburn Law Firm, P.A., Santa Rosa Beach, for Petitioner.

Kayla M. Scarpone and Aaron A. White of Dunlap & Shipman, P.A., Santa Rosa Beach, for Respondents.